Circuit Court for Baltimore City
Case No. 24-C-20-004249
Argued: May 5, 2022

IN THE COURT OF APPEALS

OF MARYLAND

No. 58

September Term, 2021

---

WILLIAM MADISON

v.

THE COPYCAT BUILDING, LLC

---

Fader, C.J.,
Watts
Hotten
Booth
Biran
Gould
Eaves,

JJ.

---

PER CURIAM ORDER

---

Filed: May 10, 2022

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

| | | |
|---|---|---|
| WILLIAM MADISON | * | IN THE |
| | * | COURT OF APPEALS |
| | * | OF MARYLAND |
| v. | * | COA-REG-0058-2021 |
| | * | No. 58 |
| THE COPYCAT BUILDING, LLC | * | September Term, 2021 |

## PER CURIAM ORDER

The petition for writ of certiorari in the above-captioned case having been granted and argued, it is this 10th day of May, 2022,

**ORDERED**, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.

/s/ Matthew J. Fader
Chief Judge